**Lawrence E. SCIBLE, Petitioner— Appellant,**

v.

**William HAINES, Warden, Huttonsville Correctional Center, Respondent— Appellee.**

No. 06–6199.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Oct. 4, 2006.

Lawrence E. Scible, Appellant Pro Se. Colleen Anne Ford, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence E. Scible appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Scible v. Haines,* No. 2:04–cv–00092–REM (N.D.W.Va. Jan. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*